| | |
|---|---|
| Your Name: | Alexandra Ferreira da Silva |
| Address: | 10232 Luther Rd |
| Phone Number: | +1 530 315 2190 |
| Fax Number: | |
| E-mail Address: | 9figar@gmail.com |

Pro Se Plaintiff

**FILED**

JUL 0 9 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

2:21 - CV 1 2 0 8 - ==== CKD PC

Case Number:    *[leave blank]*

Alexandra Ferreira da Silva

Plaintiff(s),

vs.

**Jonathan Kevin Ross, Esquire, Trail Att.**

DHS – Department of Homeland Security

Yuba CO Jail/Floor Officer Morgan, Heidi, C.

Sheriff Department/ Yuba

Defendant.

**CIVIL RIGHTS COMPLAINT**

(42 U.S.C §1983)

DEMAND FOR JURY TRIAL

Yes ☒ No ☐

COMPLAINT

PAGE ⎿ OF ⎣ *[JDC TEMPLATE – 10/2017]*

| | |
|---|---|
| 1 | **PARTIES** |
| 2 | 1. **Plaintiff.** |
| 3 | Name: Alexandra Ferreira da Silva |
| 4 | Address: 10232 Luther Rd, Live Oak, Ca, 95953 |
| 5 | Phone number: 530 315 2190 |
| 6 | 2. **Defendant(s).** |
| 7 | Defendant #1 Name: **Jonathan Kevin Ross, Esquire, Trail Attorney** |
| 8 | Address: DJO – US Division Office of immigration Litigation |
| 9 | P.O. Box 878, Benjamin Franklin Station |
| 10 11 | Washington, DC 20044 |
| 12 | Phone number: |
| 13 | Defendant #2 Name: **DHS/ ICE  - Government** |
| 14 | OFFICE OF THE CHIEF COUNSEL |
| 15 | Department of Homeland Security |
| 16 17 | Address: P.O. Box. 26445 San Francisco Ca, 94126-6449 |
| 18 | Phone number: |
| 19 | Defendant #3 Name: Jail floor officer - Morgan, Heidi, C. |
| 20 | Address: 215 5th street, Marysville, Yuba, Ca, 95901 |
| 21 | Phone number: 530 749-7740 |
| 22 | |
| 23 | Defendant #4 Name: Sheriff Department |
| 24 | Address: 720 Yuba Street, Marysville, Ca, 95901 |
| 25 | Phone number: 530 749 77 80 |
| 26 | **JURISDICTION** |
| 27 | 3.     My case belongs in federal court under federal question jurisdiction because it is based |
| 28 | on 42 U.S.C. § 1983 and the United States Constitution. |

COMPLAINT
PAGE 2 OF 18 *[JDC TEMPLATE – Rev. 05/2016]*

1

**VENUE**

*Venue refers to the location of the court that should decide your case. The counties in this district are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check each venue option that applies.*

4.  Venue is appropriate in this Court because:

        ☒ a substantial part of the events I am suing about happened in this district.

        ☒ I am suing the U.S. government, federal agency, or federal official in his or her

        official capacity <u>and</u> I live in this district.

        ☐ at least one defendant is located in this District and any other defendants are

        located in California.

**INTRADISTRICT ASSIGNMENT**

*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties.  The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*

5.    Because this lawsuit arose in Yuba County, it should be assigned to the Robert Matsui Courthouse (Sacramento) Division of this Court.

**STATEMENT OF FACTS AND CLAIMS**

6.    On *March 17, 2020*, I had an interaction with law enforcement at *[location]* While I was held by ICE in Yuba County Jail.

7.    The interaction began when: Attached statement

_____

_____

_____

_____.

8.  Next, *[continue describing what happened; use more pages]* _____

_____

_____

_____

_____

_____.

*[INSTRUCTIONS FOR SPECIFIC CLAIMS: Each of the XXXX sections below sets out one type of federal civil rights claim. Not all claims will apply to your situation. You should submit only those claims that apply to you. This template does not include all possible civil rights claims, and it does not include any claims under California law. PLEASE REVIEW THE INSTRUCTIONS AT THE BEGINNING OF THIS PACKET.]*

COMPLAINT

PAGE 4 OF 18 *[JDC TEMPLATE – Rev. 05/2016]*

**Mistreatments while detained - Claim for Relief**

**(Excessive Force Before, During, or Without Arrest in Violation of Fourth Amendment**

**Against Defendant** *[name] Floor Officer* Morgan, Heidi, C)

*You may submit this claim if excessive force was used against you: (1) and you were not arrested; (2) before you were arrested; or (3) during your arrest. The force used against you must have been objectively unreasonable. Whether force was reasonable depends on the circumstances existing at the time, not whether the force seems unreasonable now, looking back.*

*For each individual defendant you are suing, complete the following paragraphs, and include more pages if you need to.*

_____. Defendant: Jail floor office: Morgan, Heidi, C.

*After been left for around 7 hours without any assistance, officer Morgan used*

*excessive force against me when she was escorting me to the dorm. She strike several times*

*on middle back with her two hands and shoved me through the hallway (from the elevator*

*close to booking until close to the kitchen area). She exposed me to humiliation in front of an*

*entire male population, afterwards she falsely accused to disobey order and threaten her;*

*what is untrue.* Today I have an injury to my back and I can't even calculate the emotional

damage suffered on the day of the incident, because I was deprived of access to the medical

resources and resources were necessary to actions in my defense. No pictures were taken,

body exams were made, no assistance to see if any other damages were caused to my body.

All this was requested and it was denied to me. Since March 17, 2020, I have collaborating

with the investigation, I sent all information that I had with me to the parties involved and

ICE, DHS didn't say anything about, Yuba County Jail, Sheriff department are disregarding

the subject and making it be difficult to have access to any evidences of the "ongoing

investigation" started by the County Sheriff department. The incident investigation's records

were requested by me two times (October 27, 2020 by me, 5/12/2021 a lawyer on my behalf,

Wed, Jun 16, 10:36 AM was requested again by me) and until now they haven't respected the

deadline assured by law to do so. Instead, was sent to me an email from the undersheriff

Nicholas Morawcznski, referring that the case was sent to their counsel. After my request,

the undersheriff sent their counsel contact.

_____.   This conduct was unreasonable because *[explain why it was unreasonable, such as the alleged crime or problem being investigated; any effort made by the officer to limit the amount of force; the threat reasonably understood by the officer; and whether you actively resisted]* All the mistreatment suffered I am stating in the attached statement.

I have been deprived to have access to any information of the "ongoing investigation". Just a letter stating that part of my complaint was sustained. Wasn't offered to help me any help to pay for the physical and emotional treatments required.

_____.   I was harmed by this force in the following ways:
Physically and emotionally.

1                      Battery and assault_ **Claim for Relief**

2     **(Excessive Force Against Pretrial Detainee in Violation of Fourteenth Amendment Against**

3                     **Defendant** *Floor Officer* Morgan, Heidi, C.

4                          statement attached

5

6         *You may submit this claim if excessive force was used against you while you were in jail after arrest but before trial. The force used against you must have been objectively unreasonable.*

7     *Whether force was reasonable depends on the circumstances existing at the time, not whether the force seems unreasonable now, looking back.*

8         *For each individual defendant you are suing, complete the following paragraphs, and include more pages if you need to.*

9

     _____. Defendant: Officer Morgan, Heidi, C. used excessive force against me when *was conducting*

10   *me from the library to the dorm when she assaulted without any provocation* _____

11

12   _____

13   _____

14   _____

15        _____. This conduct was unreasonable because *[explain why it was unreasonable, such as*

16   *the alleged crime or problem being investigated; any effort made by the officer to limit the amount of*

17   *force; the threat reasonably understood by the officer; and whether you actively resisted]* _____

18   _____*statement attached*

19

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

26   _____

27        _____. I was harmed by this force in the following ways: _____

28

COMPLAINT
PAGE __7__ OF __18__ *[JDC TEMPLATE – 11/16]*

1  _____

2  _____.

3  ### Obstruction of justice Claim for Relief

4  ### (Deliberate Indifference to Serious Medical Needs of Pretrial Detainee in Violation of

5  ### Fourteenth Amendment Against Defendant *[name]Yuba county Jail* )

6  *You may submit this claim if medical or other jail staff were deliberately indifferent to your
serious medical needs. "Deliberate indifference" requires more serious misconduct than negligence
7  or medical malpractice.*
    No visible action was taken to clarify and resolve the situation by the Jail authorities. They
8  exposing me to an isolation cell and take my privileges Until now I see no action towards this matter

9  *For each individual defendant you are suing, complete the following paragraphs, and
include more pages if you need to.*
10
    _____. Defendant *[name] Sheriff Department/ Yuba County*
11  No visible relevant action was taken to clarify and resolve the situation by the sheriff
    authorities until now I see no action towards this matter.
12  *It*'s acts or failures to act regarding my serious medical needs caused me harm.

13  _____.  On *[date(s)]* _____,

14  I had a serious medical need *[describe your condition or need for treatment or medication]*: _____

15  _____

16  _____

17  _____

18  _____

19  _____.

20  _____.  Defendant *[name]* was aware that a substantial risk to my health existed because

21  *[explain how and when defendant became aware of your condition; for example, defendant saw your*

22  *injuries or symptoms]*: ICE/DHS were aware de situation and no visible action was taken the transfer

23  me to another detention center.

24  _____

25  _____

26  _____

27  _____

28

1  _____

2  _____

3  _____.

4  ____. Defendant *[name]* _____ was

5  deliberately indifferent to these medical needs because Defendant *[mark each applicable and*

6  *complete]*:

7  ☑ Denied me treatment on *[date]* March 17,

8      2020_____ by *[describe Defendant's*

9      *denial of treatment]* to be seen by a doctor and have medical check done

10  ☐ _____

11      _____

12      _____

13      _____

14      _____

15      _____.

16  ☑ Delayed my treatment by *[describe how Defendant delayed your treatment]*

17      deprived me from have any treatment was given by a nurse muscular relax and

18      medication for pain (at Yuba county Jail)

19      _____

20      _____

21      _____

22      _____

23      _____

24      _____

25      _____

26      _____

27      _____

28      _____.

COMPLAINT

PAGE 9 OF 18 *[JDC TEMPLATE – 11/16]*

☒ Ignored the following instructions of my treating physician or specialist *[list instructions]*: My mental health follow ups and advices. And my health Issue (brain Cyst)_____

_____

_____

_____

_____

The Jail staff were. Defendant was aware of these instructions because *[explain how and when defendant became aware of the instructions]* Exams was made and putted in the records and was sent an grievance stating the incident Issues

_____

_____

_____

_____

_____

_____.

☒ Interfered with my treatment *[describe how Defendant interfered with your treatment]* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

COMPLAINT

PAGE 10 OF 18 *[JDC TEMPLATE – 11/16]*

☐ *[list other action]* ATTACHED STATMENT _____

_____

_____

_____

_____

_____

_____

_____

_____

_____ on *[date(s)]* _____

_____.

COMPLAINT
PAGE 11 OF 18 *[JDC TEMPLATE – 11/16]*

**Omission of help/ health and safety Claim for Relief**

**(Fourteenth Amendment Violated by Conditions of Confinement, against** *[name Yuba county*

*staff/ Officer Morgan]*_____ *Disregarded the mental health evaluation and my physical*

condition (the other claims will be report on my

statement)_____

_____ )

*You may submit this claim if the conditions in which you were confined caused you harm, and the jail officials were deliberately indifferent to the risk that you would be harmed in this way. Conditions of confinement include the physical space in which you were confined, and may include the other people who were incarcerated injured you.*

*For each individual defendant you are suing, complete the following paragraphs, and include more pages if you need to.*

_____.  On *[date]* _____, I was

harmed by *[describe the conditions of confinement that harmed you]* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

COMPLAINT
PAGE 12 OF 18 *[JDC TEMPLATE – 11/16]*

1     \_\_\_\_.   Defendant *[name]* _____made an

2 intentional decision about the conditions under which I was confined *[describe decision]*: _____

3 _____

4 _____

5 _____

6 _____

7 _____

8 _____

9 _____.

10     \_\_\_\_.   Those conditions put me at substantial risk of serious harm *[describe the harm that*

11 *was likely]*: _____

12 _____

13 _____

14 _____.

15     \_\_\_\_.   The consequences of Defendant's conduct was obvious; a reasonable officer in the

16 circumstances would have understood the high degree of risk involved because *[describe facts*

17 *known by Defendant that showed you were at risk]* _____

18 _____

19 _____

20 _____

21 _____

22 _____

23 _____

24 _____

25 _____

26 _____.

27     \_\_\_\_.   Defendant *[name]* _____ did not take

28 reasonable available measures to eliminate the risk of harm;

COMPLAINT

PAGE 13 OF 18 *[JDC TEMPLATE – 11/16]*

1      ____.    By not taking such measures, the defendant caused my injuries *[describe injuries]*:

2    _____

3    _____ .

### Health safety Claim for Relief

### (Liability of *[city or county]_ICE_* for Individual's Acts)

*This is not a stand-alone claim. You should only file this claim if: (1) you are submitting another claim that explains the actions of the individual city or county employees; and (2) the actions of the individual were taken according to a government policy or custom.*

_____.   When Defendant *[name of individual(s)]* _____

_____When disregarded many requests to transferred and just did when it was out controlee and the covid19 level was in one of the highest levels. The ICE agent spoke with me when I was in the first single cell, and just took the action to transfer me when saw me in poor condition in suicide watch. _____ violated my rights, Defendant was acting pursuant to a *[mark each that applies and explain; use more pages as needed]*:

☑ Defendant *[city or county]* YUBA CO. JAIL OFFICER 's

policy *[describe the written policy or decisions of lawmakers]*: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

☐ longstanding, widespread, well-settled practice or custom that constitutes a

standard operating procedure of Defendant *[city or county]* _____

_____ *[describe the prior similar violations]*:

_____

COMPLAINT
PAGE 15 OF 18 *[JDC TEMPLATE – 11/16]*

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

7 _____

8 _____

9 _____

10 _____.

11 ☐ Defendant *[city or county]* _____

12   ratified the action when Defendant *[name of individual who was the city or*

13   *county's final policymaker]* _____

14   _____

15   knew of and specifically made a deliberate choice to approve the conduct of

16   Defendant *[name of individual(s) who violated your rights]* _____

17   _____

18   and the basis for it *[describe how and when the conduct was approved]*: _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

26   _____

27   _____.

28

COMPLAINT

PAGE 16 OF 18 *[JDC TEMPLATE – 11/16]*

_____. Defendant *[city or county]* _____'s

official policy or longstanding practice or custom caused the deprivation of my rights by Defendant

*[name of individual(s)]* _____

_____.

### Demand for Relief

Plaintiff respectfully requests the following relief:

    1.  Compensatory damages;

    2.  Costs and attorneys' fees as permitted by law;

    3.  Any other relief the Court deems proper

☒ *[list other relief]_All listed*

    *above*_____

*[Note this list does not include equitable relief, such as an injunction, or punitive damages. In certain cases, punitive damages may be awarded if the illegal conduct was engaged in with malice, oppression, or reckless indifference to your rights under federal law. If this applies to your case, mark the box above, write in punitive damages, and make sure that the pages in your Complaint include facts to show that defendant(s) acted with malice, oppression, or reckless indifference to your rights.]*

### Demand for Jury Trial

Plaintiff demands a jury trial on all issues.

*By signing this Complaint, you are stating that you reasonably believe there is evidence to support all of the statements in each of the claims you are submitting. This includes the form statements as well as the statements you wrote in yourself.*

Respectfully submitted,

Date:   July 2, 2021      Sign Name: _____

                                Print Name:  Alexandra Ferreira da Silva

*[Copy this page and insert it where you need additional space to explain what happened.]*

COMPLAINT

PAGE 18 OF 18 *[JDC TEMPLATE – 11/16]*

PROOF OF SERVICES

THE PARTIES WILL BE NOTICE

ON 7/12/2021

LACK OF MONEY

Alexandra Ferreira da Silva

Case No.: 2160266.421

Address: 10232 Luther Rd., Live Oak, California, 95953.

ALEXANDRA FERREIRA DA SILVA;

Plaintiff.

V

DHS – ICE – Yuba County Jail – Officer Morgan Heidi C. (floor officer) Litigants,

JEFFERSON, B. SESSION III; | General, Respondent for ICE/DHS

_____/

# United State Courts of Appeal

## For

## District Court of California

### For Robert Matsui Courthouse

501 I Street, Sacramento, CA, 95814

Att: Cerk's Office/ 4th floor

**Reasons of my request for permission to review**

All the information (witness letters and additional proofs were sent directly to the undersheriff Ron Johnson who has now retired and a copy was also sent to Undersheriff Nick Morawcznski) This complaint is relating Battery, physical & verbal assault, & torture and omission of help (medical/all kind), at the hand of Officer Morgan, Heidi C. (floor officer on duty/ Yuba County Jail). I was not given a bathroom break or other assistance for approximate 7 hours. After being beaten without provocation, I was left without medical assistance as means to document photograph or treat my injuries properly. There was no body check following the beating on March 17, 2020 (at 23:50).

I sent a complaint via grievance about the incident which was taken. There was only one grievance taken, 3 following grievances were rejected as ordered by the sergeant (to my recollection the sergeant at that day was sergeant Palmer)

From this beating, I have a variety of problem and an ongoing injury in my mid back where I was struck by officer Morgan.

In this beating, I was brutally attacked in my mid back and was shoved from the elevator through the hallway exposing me to humiliation by abusing me in front of the men's housing cells line the hallway. Afterwards, she filed a false report stating that I threatened her and failed to follow the rules: all of which is untrue. I was an ICE detainee and at this time I had no lawyer, family, close friends or outside help here in the United States. I believe this was the reason she felt that she could abuse me without repercussion once would be her statement against me. After this time, I was placed in isolation falsely and not given proper blankets in the freezing cell and I only had a view of the wall. Then I was changed to another cell after a few days and to another cell in two or three days. I was placed in chains and treated as dangerous criminal when leaving my cell and returning to the cell

Being claustrophobic, I was placed in a very small cell close to mental health patients. I requested and expressed my inability to cope with the tiny cell and was ignored.

The Jail knew that in the past I suffered from a panic attack relating to this cell and tried to commit suicide because I could not take being in this environment. My emotional, physical, and psychological well-being was horrible and I did not receive proper care.

I Always tried to avoid being asking to go the restroom. So, I would start to stop drinking any liquid 2 hours before leaving the dorm. I was round 7 hours into the library. After the incident, I was around 9 hours (+/_) without water, around 7 without restroom break. I was dehydrated, needing to use the restroom and in panic because I was without communication with the controller officers due to the interphone being wrecked. I am not sure if the camera was working or not. I turned the lights on and off hoping that the controller room would see and send someone and no one appeared.

Knowing that this was an issue they placed me in this cell again despite my complaints and fears. After attempting suicide, they place me in a suicide watch cell which was a small cell as well. I was stripped, taking even my underwear and given a small garment for potential suicides (correction) and instead of being assisted by a female officer, I was assigned a male's officers. Those garments front to behind (correction) and I didn't have a garment to cover myself. Before the ICE agent showed up eventually moved me to a lager room.

Additional information: All my "privileges were taken from me. I had no access to visitation, classes, recreation area or contact and interaction with other detainees. My plates of food were putter through the door the door slot.

When I was placed in the first segregation cell, an ICE agent came to see me and asked about the incident. Afterwards, on March 27, 2020 he stopped by the suicide watch room to see me again, and asked if my poor emotional and physical condition was still related to what happened the week before I nodded "yes". He said nothing and left. I can't be precise about the time, action and decision. But remember that a jail officer came to help me get dressed and chain me up, then I was transferred to a different center (Mesa Verde). I believe my transfer was to protect and shield me from further harm in this environment.

I remained in Mesa Verde from March 27, 2020 until May 7, 2020. I never was seen by medical personnel in Yuba and Mesa Verde.

When I was released, I was not emotionally able to seek out help for my physical and emotional conditions. After speaking about my health concerns and pain with a couple of people, who told me that I could get help as an indigent at the hospital. I went to the ER to be seen for my medical conditions. The doctor told me to find a primary doctor for my back injury. I was seen at Ampla Health. They provided evidence about my injury. Before transferred to Yuba County jail (previously) at Mesa Verde, I hade a exam of my back, due to a fall, no injury shown, proving that the injure in my back now occurred, due to this incident during my time at Yuba.

*Crimes committed:* Omission of help; Violation of prisoner rights; Battery and assault; Emotional distress; Psychological abuses; Disregard detainee care when requires special care; Persecution; Exposition to public humiliation; Inappropriate conduct; Abuse of power; Excessive use of force; Slander; Crimes against health and safety; Physical integrity.

Assault and Battery:Also found in: Dictionary, Thesaurus, Medical, Acronyms, Idioms, Encyclopedia, Wikipedia.

Related to Assault and Battery: false imprisonment - Assault and Battery: Two separate offenses against the person that when used in one expression may be defined as any unlawful and unpermitted touching of another. Assault is an act that creates an apprehension in another of an imminent, harmful, or offensive contact. The act consists of a threat of harm accompanied by an apparent, present ability to carry out the threat. Battery is a harmful or offensive touching of another.

The main distinction between the two offenses is the existence or nonexistence of a touching or contact. While contact is an essential element of battery, there must be an absence of contact for assault. Sometimes assault is defined loosely to include battery.

Assault and battery are offenses in both criminal and Tort Law; therefore, they can give rise to criminal or civil liability. In Criminal Law, an assault may additionally be defined as any attempt to commit a battery.

At Common Law, both offenses were misdemeanors. As of the early 2000s, under virtually all criminal codes, they are either misdemeanors or felonies. They are characterized as felonious when accompanied by a criminal intent, such as an intent to kill, rob, or rape, or when they are committed with a dangerous weapon. - Intent: Intent is an essential element of both offenses. Generally, it is only necessary for the defendant to have an intent to do the act that causes the harm. In other words, the act must be done voluntarily. Although an intent to harm the victim is likely to exist, it is not a required element of either offense. There is an exception to this rule for the attempted battery type of criminal assault. If a defendant who commits this crime does not have an intent to harm the victim, the individual cannot be guilty of the offense.

## Physical and psychological integrity pursuant to article 8 ECHR

The protection of private life under article 8 ECHR encompasses a person's physical and psychological integrity. A person's body is an intimate aspect of his or her private life (Y.F v Turkey) and a sound mental state is an important factor for the possibility to enjoy the right to private life (Bensaid v UK para 47). Measures which affect the physical integrity or mental health have to reach a certain degree of severity to qualify as an interference with the right to private life under Article 8 (Bensaid v UK, para 46). However, the Court has also held that even minor interferences with a person's physical integrity may fall within the scope of article 8 if they are against the person's will (Storck v Germany, para 143)

As far as the physical integrity is concerned, the scope of article 8 overlaps with the ambit of article 3 ECHR. As pointed out above, the Court distinguishes the fields of application of these two provisions according to the gravity of the interference. While it considers article 3 lex specialist if grave interferences with a person's well-being are in question, the right to private life comes into play when the interference does not reach the threshold required to qualify it as torture or inhuman treatment.

https://human-rights-law.eu/echr/article-8-echr-right-to-private-life-family-life-correspondence-and-home/physical-psychological-integrity-pursuant-article-8-echr/

## What Is Psychological Abuse?

Psychological abuse can be defined as the systematic use of malicious manipulation through nonphysical acts against an intimate partner, child, or dependent adult. Also known as emotional abuse, these actions can include threatening the physical health of the victim or the victim's loved ones, purposely controlling the victim's freedom, and/or acting to undermine or isolate the victim. Psychological abuse can occur prior to physical, sexual, or other abuses. However, it can also happen at the same time. Even when it occurs by itself, it is thought to cause long-term damage to the victim's mental health.

Frequent bruising and broken bones are often signs of physical abuse, but this type of abuse leaves no visible marks. Psychological abuse is emotionally damaging because it is about someone manipulating your emotions in a psychological manner. In private, many emotional abusers may come across as bullies. However, it is more than just bullying or verbal assaults. This makes it difficult for others to believe the victim is being abused because the abuser often fakes affection in public, while knowing precisely how to manipulate situations in private that hurt and humiliate his or her victims.

The abuser is not crazy. He or she chooses who to be mean to and will often do whatever it takes to stay in control of the relationships and victims. For example, the person who is nice to the friend who irritates him or her, but comes home to call his or her spouse or children stupid, lazy, or worthless for the same irritation.

e-definition-lesson-quiz.hthttps://study.com/academy/lesson/what-is-psychological-abusml

## What is PHYSICAL VIOLENCE?

the term that is applied to bodily harm that a person will inflict on another person.

https://thelawdictionary.org/physical-violence/

## What is AGGRESSION?

Harmful behavior. It can be physical or emotional and may have built up for a long time. The act can be directed at people or a thing.

**Omission of help**

**What is OMISSION?**

Failure to complete a duty or task, usually as a result of apathy, complacency or neglect.

The Law Dictionary; Featuring Black's Law Dictionary Free Online Legal Dictionary 2nd Ed.

**What is SLANDER?**

In torts. Oral defamation; the speaking of false and malicious words concerning another, whereby injury results to his reputation.

See Pollard v. Lyon, 91 U. S. 227, 23 L. Ed. 308; Fredrickson v. Johnson, 60 Minn. 337, 62 N. W. 3SS; Ross v. Ward, 14 S. D. 240, 85 N. W. 182, 80 Am. St. Rep. 746; Gambrill v. Schooley, 93 Md. 48, 48 AU. 730, 52 L. R. A. 87, 80 Am. St Rep. 414; Republican Pub. Co. v. Mosman, 15 Colo. 399, 24 Pac. 1051; Civ. Code Ga. 1895,

see also: Defamation is an invasion of the interest in reputation. It may be libel or slander. (California Civil section 44; herein, "Civ. Code § __.") The tort involves (a) a publication that is (b) false, (c) defamatory, and (d) unprivileged, and that (e) has a natural tendency to injure or that causes special damage. Civ. Code §§ 45, 46; see Smith v. Maldonado (1999) 72 Cal.App.4th 637, 645; Seelig v. Infinity Broadcasting Corp. (2002) 97 Cal.App.4th 798, 809.

*Because libel and slander are intentional torts, the defendant must have intended the publication. But malice, or actual ill will, is not an element of defamation. However, evidence of malice is relevant to obtain punitive damages or to overcome certain privileges.*

I am hereby requesting to your honor to kindly accept to review my case and to have my U visa granted due the violent mistreatment and other motioned crimes committed against me charged and indemnified. (The evidence/proof will be sent afterward, due to the short deadline to file my petition). *My biggest concern is; I have protection to stay out of removal procedure from the 9th Circuit of appeal for 30 days. It was due June 23, 2021 means that now I have less than 30 days until I have your honor approval and protection to stay out of removal procedure until I resolve my issues with immigration, sheriff department and the jail authorities. I would like to request to your honor to grant me it too. So, I will be able to look for the resource*

*"The claim and exercise of a Constitution right cannot be converted into a crime"... "a denial of them would be a denial of due process of law".*

*Warnock v. Pecos County, Texas., 88 F3d 341 (5th Cir. 1996)*

July 8, 2021

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

ATTACHED PAPER SHEET

Date: 7/8/2021 _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: