UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA FERREIRA DA SILVA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN KEVIN ROSS, et al.,,<br><br>Defendants. | No.  2:21-cv-01208-KJM-CKD PS<br><br><br><br>ORDER |

By order filed August 18, 2021, the court dismissed plaintiff's original complaint and granted plaintiff 30 days in which to file an amended complaint. Plaintiff has filed a motion for extension of time in which she informs the court of the "non-reception of the order issued on August 18, 2021." (ECF No. 9.) The request for an extension of time will be granted.

Plaintiff also requests the court to appoint counsel. (ECF Nos. 6, 9.)  It is "well-established that there is generally no constitutional right to counsel in civil cases." United States v. Sardone, 94 F.3d 1233, 1236 (9th Cir. 1996). However, under "exceptional circumstances," a court may appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1). When determining whether "exceptional circumstances" exist, a court considers both "the likelihood of success on the merits as well as the ability of the petitioner to articulate [the] claims pro se in light of the complexity of the legal issues involved." Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009).

The court has extremely limited resources to appoint attorneys in civil cases. Having considered the factors under Palmer, the court finds plaintiff does not meet the burden of demonstrating exceptional circumstances warranting the appointment of counsel at this time.

Good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's requests for appointment of counsel (ECF Nos. 6, 9) are DENIED;

2. Plaintiff's motion for extension of time (ECF No. 9) is GRANTED in part, to the extent that plaintiff is granted an extension of time of 30 days from the date of this order in which to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure and the Local Rules of Practice;

3. The Clerk of the Court is directed to re-serve plaintiff by mail with a copy of the court's order signed August 18, 2021 (ECF No. 8.)

Dated:  September 1, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Ferreira1208.36.counsel