UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA FERREIRA DA SILVA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN KEVIN ROSS, et al.,<br><br>Defendants. | No. 2:21-cv-1208-KJM-CKD (PS)<br><br>ORDER VACATING HEARING<br><br>AND ORDER TO SHOW CAUSE |

Plaintiff proceeds pro se under 42 U.S.C. § 1983. In the first amended complaint, plaintiff alleges Officer Morgan used unconstitutionally excessive force while plaintiff was detained at the Yuba County Jail. (ECF No. 12.)

Defendant filed a motion to dismiss on June 17, 2022. (ECF No. 32.) Defendant noticed the motion to dismiss for a hearing to take place on July 27, 2022. (ECF No. 34.)

To date, plaintiff has not filed an opposition to the motion, a statement of non-opposition, or sought an extension of time to do so. Accordingly, the court will vacate the hearing set for July 27, 2022. The court will re-set the hearing to take place at a subsequent date, if warranted. Plaintiff is now ordered to show cause, in writing, why plaintiff's failure to oppose the motion to dismiss should not waive the right to oppose the motion, and why this action should not be dismissed on that basis.

////

1

Plaintiff was required to file a written response to defendant's motion to dismiss. The Local Rules provide, in pertinent part:

> Opposition, if any, to the granting of the motion shall be in writing and shall be filed and served no later than fourteen (14) days after the motion was filed. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party. See L.R. 135. A failure to file a timely opposition may also be construed by the Court as a nonopposition to the motion.

Local Rule 230(c).

In the Order Setting Status Conference dated October 28, 2021, a copy of which was served on plaintiff (see ECF No. 15), plaintiff was informed that the Local Rules required plaintiff to file a written opposition to the granting of a motion filed by defendant. In the same order, plaintiff was cautioned "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." Finally, plaintiff was notified that failure to comply with the Federal Rules of Civil Procedure, Local Rules of Practice, or orders of this court could result in dismissal of this action. Despite receiving these admonitions, plaintiff has not filed a timely opposition to the pending motion to dismiss or statement of non-opposition.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The July 27, 2022, hearing on defendant's motion to dismiss is vacated; and
2. Within 14 days from the date of this order, plaintiff shall show cause, in writing, why plaintiff's failure to oppose the motion to dismiss should not waive the right to oppose the motion, and why this action should not be dismissed for plaintiff's failure to oppose the motion to dismiss.

Dated: July 7, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Ferreira.21cv1208.osc.nooppo