1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     ALEXANDRA FERREIRA DA SILVA,              No.  2:21-cv-1208-KJM-CKD (PS)

12                    Plaintiff,

13            v.                                 ORDER

14     JONATHAN KEVIN ROSS, et al.,

15                    Defendants.

16

17            This matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

18     On October 28, 2021, the magistrate judge filed findings and recommendations, which contained

19     notice that any objections to the findings and recommendations were to be filed within fourteen

20     days. (ECF No. 13.) Plaintiff was subsequently granted an extension of time up to and including

21     December 17, 2021, to file objections to the October 28, 2021 findings and recommendations.

22     (ECF No. 21.)  Plaintiff has not filed objections to the findings and recommendations.

23            The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

24     F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

25     *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

26     magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

27     Having reviewed the file, the court finds the findings and recommendations to be supported by

28     the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED:

1.  The findings and recommendations filed October 28, 2021 (ECF No. 13) are adopted in full.

2.  Plaintiff's claims against Jonathan Kevin Ross, Department of Homeland Security, Immigrations and Customs Enforcement, and Yuba County Sheriff's Department are DISMISSED, and these defendants are dismissed from the case.

3.  Plaintiff's motion to stay off removal procedure (ECF No. 3) is DENIED.

4.  This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED:  July 11, 2022.

_____

CHIEF UNITED STATES DISTRICT JUDGE

2