UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA FERREIRA DA SILVA, | No. 2:21-cv-01208-KJM-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| JONATHAN KEVIN ROSS, et al.,, | |
| Defendants. | |

    Plaintiff proceeds pro se under 42 U.S.C. § 1983. Plaintiff's first amended complaint alleges Officer Morgan used unconstitutionally excessive force while plaintiff was detained at the Yuba County Jail. (ECF No. 12.)

    Defendant filed a motion to dismiss on June 17, 2022. (ECF No. 32.) Defendant noticed the motion to dismiss for a hearing to take place on July 27, 2022. (ECF No. 34.) However, plaintiff did not file a timely opposition or statement of non-opposition to the motion to dismiss. Therefore, on July 7, 2022, the court vacated the hearing on defendant's motion to dismiss and ordered plaintiff to show cause, in writing and within 14 days, why plaintiff's failure to oppose the motion to dismiss should not waive the right to oppose the motion, and why this action should not be dismissed. (ECF No. 36.)

////

Plaintiff has responded to the order to show cause. (ECF No. 38.) Having received plaintiff's response, the court will discharge the order to show cause. Plaintiff is not required to respond further to the order to show cause dated July 7, 2022. The court will grant plaintiff an extension of time to respond to defendant's motion to dismiss.

Good cause shown, IT IS HEREBY ORDERED:

1. The order to show cause dated July 7, 2022, is discharged.

2. Sua sponte, plaintiff is GRANTED an extension of time up to and including August 15, 2022, to file an opposition to defendant's motion to dismiss.

Dated: July 13, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Ferreira21cv1208.36oppo