UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALEXANDRA FERREIRA da SILVA, | No. 2:21-cv-1208-KJM-CKD PS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MARY MARKEY, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(19). On November 17, 2022, the magistrate judge filed findings and recommendations, which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed November 17, 2022 (ECF No. 45), are adopted.
2. Defendant's motion to dismiss (ECF No. 32) is denied.
3. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

DATED: January 17, 2023.

CHIEF UNITED STATES DISTRICT JUDGE