UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA FERREIRA DA SILVA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN KEVIN ROSS, et al.,,<br><br>Defendants. | No. 2:21-cv-01208-KJM-CKD PS<br><br><br><br>ORDER |

Plaintiff seeks an extension of time of at least 10 days to file the joint statement report required by the court's order filed on February 7, 2023. Good cause appearing, the request is granted.

In accordance with the above, IT IS ORDERED:

1. Plaintiff's motion for an extension of time (ECF No. 50) is granted; and

2. Plaintiff is GRANTED an extension of time of 14 days to file plaintiff's joint statement report.

Dated: March 3, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Ferreira21cv1208.36js