UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA FERREIRA DA SILVA,<br><br>Plaintiff,<br><br>v.<br><br>HEIDI C. MORGAN,<br><br>Defendant. | No. 2:21-cv-01208 DJC CKD PS<br><br>AMENDED ORDER MODIFYING THE SCHEDULING ORDER |

Defendant's request for clarification (ECF No. 78) is before the court. The request is granted. An error appears in the dates set forth in court's order dated February 2, 2024. (ECF No. 77.) Accordingly, the court will further modify the pretrial scheduling order (see ECF No. 55) as follows.

For the reasons set forth above, IT IS HEREBY ORDERED as follows:

1. Defendant's request for clarification (ECF No. 78) is GRANTED.
2. The pretrial scheduling order in this case is further modified as follows:

    a. All non-expert discovery shall be completed by July 26, 2024.

    b. The parties shall disclose any expert witnesses in accordance with the specifications of Federal Rule of Civil Procedure 26(a)(2) no later than August 23, 2024. Any rebuttal expert disclosures shall be made by September 13, 2024. All expert discovery shall be completed by October 11, 2024.

1

      c. Except as to discovery-related matters, all law and motion, shall be completed (i.e. heard) by December 11, 2024.

      d. In all other respects, the terms of the pretrial scheduling order entered on March 20, 2023, remain in effect.

Dated: February 16, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
Ferreira21cv1208.cnsl2.amnd