UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA FERREIRA DA SILVA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HEIDI C. MORGAN <br><br> Defendant. | No.  2:21-cv-01208-DJC-CKD (PS) <br><br><br> <u>ORDER</u> |

     Plaintiff proceeds pro se and with limited purpose appointed counsel. (<u>See</u> ECF No. 77.) Proceeding pro se, plaintiff filed a "Request for mediation and access to… evidence" and a request for e-filing and to waive PACER fees. (ECF Nos. 80, 81.)

     In light of the court's appointment of limited purpose counsel to assist plaintiff with obtaining evidence through discovery, plaintiff's "Request for mediation and access to… evidence" is granted in part. For the reasons set forth below, the court will also grant in part and deny in part plaintiff's request to participate in e-filing and will deny the request to waive PACER fees.

     The court's local rules provide that "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff states the request to waive PACER fees is made on the ground that

1

1  plaintiff has no income, and the request to e-file is for the purpose of uploading audio and videos.
2  (ECF No. 81.) Plaintiff's request for electronic case filing does not provide good cause for
3  deviance from the Local Rule. Audio and video files cannot be e-filed. Instead, all attorneys and
4  parties shall submit audio and video files on portable media in one of the formats listed on the
5  Electronic Evidence Submission page on the Court's Website, www.caed.uscourts.gov. See Local
6  Rule 138(l). Submissions must generally be made using one of the following: a Compact Disk
7  (CD), a Digital Video Disk (DVD), or USB (Universal Serial Bus) Flash Drive. (Id.)

8    The request to participate in electronic filing will be denied with respect to plaintiff's
9  request to participate in the CM/ECF system to file documents. However, the request will be
10 granted in part, with respect to electronic service of documents.

11   Plaintiff's request to waive PACER fees will be denied. The PACER system acts as a
12 portal to information stored on the Court's Case Management/Electronic Case Files ("CM/ECF")
13 system. CM/ECF is the Court's case management systems that maintains the electronic files in
14 each case and offers electronic filing over the Internet.

15   Through CM/ECF or through service by mail, all parties and attorneys of record receive
16 one free copy or electronic copy of all documents filed electronically. In light of this procedure,
17 plaintiff has not justified the waiver of PACER fees. See Katumbusi v. Gary, No. 2:14-CV-1534
18 JAM AC, 2014 WL 5698816, at *4 (E.D. Cal. Oct. 30, 2014) ("[e]xemptions from PACER user
19 fees are uncommon" and "[i]n forma pauperis status alone does not support a request to waive
20 PACER fees"). A waiver of PACER fees is not shown to be warranted at this time.

21   In accordance with the above, IT IS ORDERED as follows:

22   1. Plaintiff's motion to participate in electronic case filing (ECF No. 81) is GRANTED
23 IN PART AND DENIED IN PART.

24     a. The motion to participate in electronic case filing is GRANTED with respect to
25     electronic service of documents. The clerk is directed to configure plaintiff's account to
26     receive immediate email notifications when documents are filed in this case.

27 ////
28 ////

      b. The motion to participate in electronic case filing is DENIED with respect to plaintiff's request to participate in the CM/ECF system to file documents. Plaintiff shall continue to file paper documents with the court through conventional means.

    2. Plaintiff consents to receive service of documents electronically and waives the right to receive service by first class mail pursuant to FRCP 5(b)(2)(D).

    3. Plaintiff's "Request for mediation and access to… evidence" (ECF No. 80) is granted in part to the extent that plaintiff has been appointed limited-purpose counsel; the request is otherwise denied.

Dated: July 10, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
ferr21cv1208.efile