1

U
**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Matthew W. Gross, SBN 324007
mgross@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
OFFICER HEIDI MORGAN C.
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA FERREIRA DA SILVA,<br><br>        Plaintiffs,<br><br>v.<br><br>JONATHAN KEVIN ROSS, ESQUIRE, TRIAL ATT.; DHS -DEPARTMENT OF HOMELAND SECURITY; YUBA CO JAIL/FLOOR OFFICER MORGAN HEIDI C; SHERIFF DEPARTMENT/YUBA,<br><br>        Defendants.<br>_____/ | CASE NO.  2:21-cv-01208-DJC-CKD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DISCOVERY**<br><br><br>FAC Filed: 10/1/2021<br>Complaint Filed:  7/9/2021 |

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record:

1. Defendant HEIDI MORGAN is currently undergoing medical treatment and will be unavailable for her deposition for the next two months. The current deadline to complete fact discovery is July 26, 2024. Given the foregoing, the parties agree that the deadlines should be continued by approximately three months to accommodate the Defendant.

2. The parties further agree that other deadlines will need to be continued to accommodate the delay in the disclosure of expert witnesses, including the deadline to complete expert discovery (currently August 23, 2024) and the deadline to file a dispositive motion (currently December 11, 2024). The parties request those deadlines also be continued approximately four months, rendering the new deadline to complete the discovery of expert witnesses to be January 30, 2025, and the new deadline to file a dispositive motion to be April 7, 2025.

3. The parties request that the Court propose dates for a settlement conference between September 16 and November 22, 2024.

4. The parties agree there is good cause for the proposed modifications to the scheduling order referenced in paragraphs 1-3, above.

**IT IS SO STIPULATED.**

Dated:  July 10, 2024                      PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/Matthew W. Gross
         Carl L. Fessenden
         Matthew W. Gross
         Attorneys for Defendant
         OFFICER HEIDI MORGAN C.

Dated:  July 10, 2024                      LAW OFFICE OF B.C. MCCOMAS, LLP

By /s/Brain C. McComas  (Authorized on 7/2/24)
         Brian C. McComas, Esq.
         Attorneys for Plaintiff
         ALEXANDRA FERREIRA DA SILVA

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY**

**[~~PROPOSED~~] ORDER**

Having reviewed the above stipulation, and good cause appearing, it is hereby ordered as follows:

1. The deadline to complete fact discovery is continued to September 30, 2024.

2. By separate order, the Court will set a settlement conference before another magistrate judge. The Court will propose dates to the parties and will endeavor to schedule the settlement conference between the proposed dates of September 16 and November 22, 2024.

3. The deadline to disclose expert witnesses is continued to November 29, 2024.

4. The deadline to disclose supplemental/rebuttal expert witnesses is continued to December 30, 2024.

5. The deadline to complete expert discovery is continued to January 30, 2025.

6. The deadline to file a dispositive motion is continued to April 7, 2025.

7. The appointment of plaintiff's limited-purpose counsel, Brian C. McComas, is extended to November 22, 2024, or until the conclusion of the settlement conference to be set in this matter, whichever occurs later.


**IT IS SO ORDERED.**

Dated:  July 10, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
ferr22cv1045.stip.dso

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY**