UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA FERREIRA DA SILVA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HEIDI C. MORGAN <br><br> Defendant. | No.  2:21-cv-01208-DJC-CKD (PS) <br><br><br> <u>ORDER</u> |

Plaintiff proceeds pro se and with limited purpose appointed counsel appointed to propound discovery and perform related tasks at counsel's discretion. (<u>See</u> ECF No. 77.) Filing pro se, plaintiff filed a "Petition for Extension of Time to Review Deposition Transcriptions, and [for] Complete Nullification of the First Deposition." (ECF No. 88.) The court finds plaintiff may bring such a motion pro se even though she is represented by limited purpose counsel. However, to the extent plaintiff requests relief from the court through this filing, it is a motion within the meaning of the local rules and is deficiently filed because it is not noticed for a hearing as required by Local Rule 230(b).

To the extent plaintiff requests an extension of time to review deposition transcripts, the court notes plaintiff indicates that portion of her request is unopposed by defendant's counsel as to a time period of 30 days for review of the deposition transcripts. (<u>See</u> ECF No. 88 at 2.) On the

court's own motion, the court grants plaintiff an extension of time for review of the deposition transcripts at issue, to the extent that plaintiff may take 30 days, total, for such review.

To the extent plaintiff requests nullification of the first deposition, the court will not consider the request unless the motion is re-noticed in compliance with Local Rule 230(b) with a hearing date before the undersigned.[1] The undersigned generally hears civil motions on Wednesdays at 10:00 a.m. The next available date and time for proper notice, and to allow for the briefing schedule set forth in Local Rule 230, is December 4, 2024.

In accordance with the above, IT IS ORDERED as follows:

1. Sua sponte, the court grants plaintiff an extension of time to review the deposition transcripts at issue to the extent that plaintiff may take 30 days, total, for such review.
2. Otherwise, plaintiff's motion (ECF No. 88), as filed, is deficient and will not be heard unless it is re-noticed in compliance with Local Rule 230(b), with a hearing date on the motion calendar of the undersigned. If plaintiff does not re-notice the motion in compliance with the Local Rule 230(b) within 14 days, then the motion will be denied without prejudice.

Dated: October 18, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
ferr21cv1208.r30.depo

---

[1] The court expresses no opinion on the merits of such a motion, should plaintiff choose to re-notice it.