IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexandra Ferreira Da Silva <br> Plaintiff(s) <br> vs. <br> HEIDI MORGAN, <br> Defendant(s) | Case Number 2:21-cv-01208-DJC-CKD <br><br> REQUEST FOR AUTHORITY TO INCUR PRO BONO COSTS |

REQUEST OF PRE-APPROVAL PRO BONO EXPENDITURES

Part I

Complete this form and return it to the court with two copies for approval prior to incurring the cost for which reimbursement is requested.

I, Brian McComas attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in the action on Feb 2, 2024, by the Honorable Carolyn Delaney, United States District/Magistrate Judge.

I believe that the following course of action is reasonably necessary to the prosecution of this action:

(See declaration)

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts, or similar documentation. Without such documents, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 175.00. I, therefore, request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10 day of October ,20 24, at San Francisco, California.

_____
Attorney for the Plaintiff(s)

Page 1 of 2

Case Number: 2:21-cv-01208-DJC-CKD

**TO BE COMPLETED BY THE COURT**

The following payments of costs have been previously requested and approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | None | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

The above expenditure is __XX__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, the matter is set for discovery conference, pursuant to rule _____, on _____, at _____, in Courtroom number _____.

Dated: October 28, 2024

_____Carolyn K. Delaney US Magistrate Judge_____
United States District/Magistrate Judge

BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Plaintiff
ALEXANDRA FERREIRA DA SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALEXANDRA FERREIRA DA SILVA<br><br>Plaintiff,<br><br>v.<br><br>HEIDI MORGAN,<br><br>Defendant. | Case No. 2:21-cv-01208-DJC-CKD (PS)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S *EX PARTE* REQUEST FOR AUTHORIZATION OF FEES AND EXPENSES TO PRESENT EXPERT TESTIMONY AT TRIAL**<br><br>The Honorable Magistrate Judge Carolyn Delaney |

I, Brian C. McComas, declare:

1. I am an attorney licensed to practice in the States of California and Idaho, and authorized to appear before the United States District Courts for the Northern, Eastern, and Central Districts of California, and District of Idaho; the United States Court of Appeals for the Ninth Circuit; and the United States Supreme Court. I have also been admitted to practice *pro hac vice* before the United States District Court for the District of Nevada and the Montana Supreme Court and its Sentence Review Division. I own and operate the Law Office of B.C. McComas, LLP.

2. I have been appointed by this Court to represent Plaintiff, Alexandra Ferreira Da Silva . Doc #77. This is a *pro bono* appointment for purposes of completing discovery.

1

1  This funds request is limited to discovery.

2      3.    I am submitting this declaration because ancillary services have been necessary. I believe that the requested authorization of funds for Craigwood reporting was necessary. *See* General Order 558. I have done all things possible to reduce the cost of the expenses sought herein.

**PROPOSED DEPOSITION SERVICES**

4.    Craig Wood Reporting is a Licensed California Certified Shorthand Reporter since 1992. We have deposed the defendant in line with the Court's discovery orders. We did so remotely via Zoom in order to reduce costs. However, we needed a transcriptionist to attend remotely to be able to later obtain transcripts of the depositions. We will seek funding for the transcripts through the California Board for Transcripts.

5.    Craig Wood Reporting is paid $350 per appearance. We held one deposition lasting a little more than 2 hours . Accordingly, I am requesting $175.

**CONCLUSION**

15.    I am submitting this request for expenses for deposition services because I believe that it is necessary to litigate this matter. I have conferred with the Pro Bono Panel and resource counsel in reaching that determination. I will request authorization of expenses as necessary to present Mrs. Ferreira da Silva's case.

16.    In sum, I request authorization of $175 in fees and expenses for services necessary to prepare for trial. If possible, not all of the funds requested for authorization will be expended. I will seek reimbursement only for actual expenses based upon complete documentation following the conclusion of the services. I believe these services are necessary to competently represent Mrs. Ferreira da Silva in a manner that conforms with my ethical and constitutional obligations as his counsel.

I declare under penalty of perjury, as defined by the laws of California and the United States, that the foregoing is true and correct, and that this declaration was executed in San Francisco, California.

| | | |
|---|---|---|
| 1 | Dated: October 10, 2024 | */s/ Brian C. McComas* |
| 2 | | BRIAN C. McCOMAS |
| 3 | | Attorney for Plaintiff<br>ALEXANDRA FERREIRA DA SILVA |